EUNIE L. WHITING, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Whiting* v. *N. Y. C. & H. R. R. R. Co.,* 110 App. Div. 916, affirmed.
(Argued June 10, 1907; decided October 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 23, 1906, affirming a judgment in favor of defendant

entered upon a dismissal of the complaint in an action to recover for personal injuries alleged to have been caused by defendant's negligence.

*John E. O'Brien* for appellant.

*Robert A. Kutschbock* and *Charles C. Paulding* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER and HISCOCK, JJ. Dissenting: EDWARD T. BARTLETT, J. Not sitting: GRAY, J.